# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KASEY HAMER, a/k/a<br>KASEY HAMER-COOK, a/k/a,<br>KASEY COOK,<br><br>    Defendant. | CASE NO. 1:22-cr-00002<br><br>JUDGE COLE<br><br>INFORMATION<br><br>18 U. S. C. § 2<br>18 U. S. C. § 1014 |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
**(False Statement on a Loan and Credit Application)**

On or about April 10, 2020, in the Southern District of Ohio and elsewhere, the defendant, **KASEY HAMER, a/k/a KASEY HAMER-COOK, a/k/a KASEY COOK**, knowingly made a false statement or report to the Small Business Administration, for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application for an Economic Injury Disaster Loan that contained false information, in that the defendant claimed that the gross revenues for business "Kasey Marie Hamer DBA Thingamabobz" for the year prior to the pandemic was $1,200,000 and the business had fourteen employees, when in truth and in fact, as the defendant well knew, the business did not generate the gross revenue amount claimed, nor did it have the number of employees claimed.

**In violation of 18 U.S.C. § 1014.**

## COUNT 2
### (False Statement on a Loan and Credit Application)

On or about June 16, 2020, in the Southern District of Ohio and elsewhere, the defendant, **KASEY HAMER, a/k/a KASEY HAMER-COOK, a/k/a KASEY COOK**, knowingly made, and caused to be made, a false statement or report to the Small Business Administration, for the purpose of influencing the action of the Small Business Administration in connection with a loan program administered pursuant to a provision of the Small Business Act, that is, the defendant submitted an application in the name of H.W. for an Economic Injury Disaster Loan that contained false information, in that the defendant claimed that business had gross revenues for the year prior to the pandemic of $104,903 and had fifteen employees, when in truth and in fact, as the defendant well knew, the business did not generate the gross revenue amount claimed, nor did it have the number of employees claimed.

**In violation of 18 U.S.C. §§ 1014, 2.**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*[signature: E Taiwo]*

EBUNOLUWA A. TAIWO
**Assistant United States Attorney**

EG